UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5531**

Case Title: **David Sullivan, et al.** vs. **Metro Knoxville HMA, LLC**

List all clients you represent in this appeal:

**Metro Knoxville HMA, LLC**

☐ Appellant          ☐ Petitioner          ☐ Amicus Curiae          ☐ Criminal Justice Act
☑ Appellee           ☐ Respondent          ☐ Intervenor                        (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Katherine E. Griffin**          Signature:  s/ **Katherine E. Griffin**

Firm Name: **Bradley Arant Boult Cummings LLP**

Business Address: **1221 Broadway, Suite 2400**

City/State/Zip: **Nashville, Tennessee 37203**

Telephone Number (Area Code): **615-252-3532**

Email Address: **kgriffin@bradley.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17